```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIRK E. SHERRIFF (SBN 219488)
    Asst. United States Attorney
 3  U.S. Courthouse, Suite 4401
    2500 Tulare St.
 4  Fresno, CA 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America,
 7  the U.S. Department of Veterans Affairs,
    and the Veterans Administration Central
 8  California Health Care System
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN VALLEY HEALTH ) <br> CONSORTIUM, a California ) <br> non-profit corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> VETERAN AFFAIRS, VETERANS ) <br> ADMINISTRATION CENTAL ) <br> CALIFORNIA HEALTH CARE ) <br> SYSTEM, UNIVERSITY OF ) <br> CALIFORNIA SAN FRANCISCO ) <br> SCHOOL OF MEDICINE, PRAKASH ) <br> C. DEEDWANIA, M.D., ENRIQUE ) <br> V. CARBAJAL. M.D., RICHARD ) <br> D. BERTKEN, M.D., PAULETTE ) <br> GINIER, M.D., and DOES 1- ) <br> 100, inclusive, ) <br> ) <br> Defendants. ) | Case No.:  1:06-cv-01674 AWI LJO <br><br> STIPULATION; ORDER |

-1-
STIPULATION; [PROPOSED] ORDER

1  Plaintiff SAN JOAQUIN VALLEY HEALTH CONSORTIUM, and federal
2 defendants UNITED STATES DEPARTMENT OF VETERANS AFFAIRS and
3 VETERANS ADMINISTRATION CENTRAL CALIFORNIA HEALTH CARE SYSTEM
4 ("Federal Defendants"), by and through their respective
5 undersigned counsel, hereby stipulate and respectfully request
6 that the Court order that the Federal Defendants' time to file a
7 responsive pleading to the complaint in this action is extended
8 for an additional thirty days, through and including January 29,
9 2007.[1]  The grounds for this stipulation are that the parties are
10 attempting to resolve this dispute without the need for further
11 litigation, and require additional time for such efforts.
12  Respectfully submitted,
13 Dated:  December 26, 2006                DOYLE, FIKE & WATSON
14
15                                          /s/ David A. Fike
                                            DAVID A. FIKE
16
                                            Attorneys for Plaintiff
                                            San Joaquin Valley Health
17                                          Consortium
///
18
///
19
///
20
///
21
///
22
///
23

24 _____

25 [1]Nothing in this stipulation is intended to constitute a waiver
of any defense that may be asserted by the Federal Defendants in
26 this action.  The Federal Defendants specifically reserve all of
their defenses and objections in this action, including, without
27 limitation, their defenses and objections under Fed. R. Civ.
P. 4, 8, and 12, and under all other applicable laws and
28 procedural rules.

```
Dated:   December 26, 2006            United States Attorney
                                      McGREGOR W. SCOTT


                                      /s/ Kirk E. Sherriff
                                      KIRK E. SHERRIFF
                                      Assistant U.S. Attorney

                                      Attorneys for
                                      Federal Defendants the
                                      United States of America,
                                      the U.S. Department of
                                      Veterans Affairs, and the
                                      Veterans Administration
                                      Central California Health
                                      Care System
```

IT IS SO ORDERED.

**Dated:   December 27, 2006**              **/s/ Lawrence J. O'Neill**
66h44d                                      UNITED STATES MAGISTRATE JUDGE