```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIRK E. SHERRIFF (SBN 219488)
    Asst. United States Attorney
 3  U.S. Courthouse, Suite 4401
    2500 Tulare St.
 4  Fresno, CA 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Federal Defendants
    the U.S. Department of Veterans Affairs,
 7  and the Veterans Administration Central
    California Health Care System
 8
```

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN VALLEY HEALTH CONSORTIUM, a California non-profit corporation, | Case No.:  1:06-cv-01674 AWI LJO |
| | STIPULATION; ORDER |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, VETERANS ADMINISTRATION CENTRAL CALIFORNIA HEALTH CARE SYSTEM, UNIVERSITY OF CALIFORNIA SAN FRANCISCO SCHOOL OF MEDICINE, PRAKASH C. DEEDWANIA, M.D., ENRIQUE V. CARBAJAL. M.D., RICHARD D. BERTKEN, M.D., PAULETTE GINIER, M.D., and DOES 1-100, inclusive, | |
| Defendants. | |

   Plaintiff SAN JOAQUIN VALLEY HEALTH CONSORTIUM, and federal defendants UNITED STATES DEPARTMENT OF VETERANS AFFAIRS and VETERANS ADMINISTRATION CENTRAL CALIFORNIA HEALTH CARE SYSTEM ("Federal Defendants"), by and through their respective undersigned counsel, hereby stipulate and respectfully request

1  that the Court order that the Federal Defendants' time to file a
2  responsive pleading to the complaint in this action is extended
3  for an additional thirty days, through and including February 28,
4  2007.[1]

5      The grounds for this stipulation are that the parties
6  anticipate resolving this dispute without the need for further
7  litigation, and require additional time for such efforts.  Since
8  the parties' prior request, defendant University of California
9  has submitted a disclaimer of interest.  The federal defendants
10 are attempting to reach a settlement with the remaining
11 defendants in this action.

12                                           Respectfully submitted,

13 Dated:  January 26, 2007        DOYLE, FIKE & WATSON

14
15                                           /s/ David A. Fike
                                          DAVID A. FIKE

16                                           Attorneys for Plaintiff
                                          San Joaquin Valley Health
17                                           Consortium

18
19 Dated:  January 26, 2007        United States Attorney
                                          McGREGOR W. SCOTT

20
21                                           /s/ Kirk E. Sherriff
                                          KIRK E. SHERRIFF
22                                           Assistant U.S. Attorney

23                                           Attorneys for
                                          Federal Defendants

24 _____

25   [1]Nothing in this stipulation is intended to constitute a waiver
of any defense that may be asserted by the Federal Defendants in
26 this action.  The Federal Defendants specifically reserve all of
their defenses and objections in this action, including, without
27 limitation, their defenses and objections under Fed. R. Civ.
P. 4, 8, and 12, and under all other applicable laws and
28 procedural rules.

ORDER

IT IS ORDERED that the Federal Defendants' time to file a responsive pleading to the complaint in this action is extended through and including February 28, 2007.

IT IS SO ORDERED.

**Dated:    January 29, 2007**             /s/ Lawrence J. O'Neill
66h44d                                     UNITED STATES MAGISTRATE JUDGE

-3-
STIPULATION; [PROPOSED] ORDER