```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIRK E. SHERRIFF (SBN 219488)
    Asst. United States Attorney
 3  U.S. Courthouse, Suite 4401
    2500 Tulare St.
 4  Fresno, CA 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Federal Defendants
    the U.S. Department of Veterans Affairs,
 7  and the Veterans Affairs Central
    California Healthcare System
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN VALLEY HEALTH CONSORTIUM, a California non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, VETERANS ADMINISTRATION CENTAL CALIFORNIA HEALTH CARE SYSTEM, UNIVERSITY OF CALIFORNIA SAN FRANCISCO SCHOOL OF MEDICINE, PRAKASH C. DEEDWANIA, M.D., ENRIQUE V. CARBAJAL. M.D., RICHARD D. BERTKEN, M.D., PAULETTE GINIER, M.D., and DOES 1-100, inclusive,<br><br>        Defendants. | Case No.: 1:06-cv-01674 AWI (WMW)<br><br>ORDER |

Upon consideration of the Joint Stipulation filed by the parties in this action, and pursuant to the terms of the parties' Settlement Agreement dated April 27, 2007 (hereinafter "Settlement Agreement"),

IT IS ORDERED that, within <u>60 days</u> of service of this Order

upon the Clerk of Court, Fresno County Superior Court, the Clerk of Court shall disburse the interpleader funds deposited with the Fresno County Superior Court in *San Joaquin Valley Health Consortium v. United States Dep't of Veterans Affairs, et al.* (Case No. 06CECG03493 in the Fresno County Superior Court, prior to its removal to this Court), as follows:

1. Eight Hundred and Sixty-Seven Dollars ($867) shall be paid to Richard D. Bertken, M.D., pursuant to instructions to be furnished to the Clerk by Dr. Bertken;

2. Three Thousand Dollars ($3,000) shall be paid to Fishman, Larsen, Goldring & Zeitler, 7112 North Fresno St., Suite 450, Fresno, CA 93720 (Attn:  Michael Goldring);

3. Three Thousand Dollars ($3,000) shall be paid to Doyle, Fike & Watson, 1233 W. Shaw Ave., Suite 106, Fresno, CA 93711 (Attn: David A. Fike); and

4. All remaining Interpleader Funds shall be paid to the United States of America, by payment forwarded to the United States Attorney, 501 I Street, Suite 10-100, Sacramento, CA 95814 (Attn: Tina M. Baca).

IT IS FURTHER ORDERED THAT, within 30 days of the parties' receipt of the interpleader funds as set forth above, the parties shall execute and file with the Court a stipulation of dismissal of this action with prejudice pursuant to the terms of the parties' Settlement Agreement.

```
                                      ORDER
```

IT IS SO ORDERED.

**Dated:    April 30, 2007**                    **/s/ Anthony W. Ishii**
                                      UNITED STATES DISTRICT JUDGE