```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIRK E. SHERRIFF (SBN 219488)
    Asst. United States Attorney
 3  U.S. Courthouse, Suite 4401
    2500 Tulare St.
 4  Fresno, CA 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Federal Defendants
    the U.S. Department of Veterans Affairs,
 7  and the Veterans Affairs Central
    California Healthcare System
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN VALLEY HEALTH CONSORTIUM, a California non-profit corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, VETERANS ADMINISTRATION CENTAL CALIFORNIA HEALTH CARE SYSTEM, UNIVERSITY OF CALIFORNIA SAN FRANCISCO SCHOOL OF MEDICINE, PRAKASH C. DEEDWANIA, M.D., ENRIQUE V. CARBAJAL. M.D., RICHARD D. BERTKEN, M.D., PAULETTE GINIER, M.D., and DOES 1-100, inclusive,<br><br>            Defendants. | Case No.: 1:06-cv-01674 AWI (WMW)<br><br>JOINT STIPULATION OF DISMISSAL; ORDER |

Plaintiff San Joaquin Valley Health Consortium, federal defendants United States Department of Veterans Affairs and the Veterans Affairs Central California Health Care System, and defendants Prakash C. Deedwania, M.D., Enrique V. Carbajal, M.D.,

-1-
JOINT STIPULATION; ORDER

Paulette Ginier, M.D., and Richard D. Bertken, M.D. hereby stipulate to dismissal with prejudice of the complaint in this action pursuant to Fed. R. Civ. P. 41(a), and subject to the terms and conditions of the parties' Settlement Agreement and the Court's May 1, 2007 Order in this action.[1]

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  July 3, 2007            DOYLE, FIKE & WATSON

                                /s/ David A. Fike
                                DAVID A. FIKE

                                Attorneys for Plaintiff
                                San Joaquin Valley Health
                                Consortium


Dated:  July 12, 2007           United States Attorney
                                McGREGOR W. SCOTT

                                /s/ Kirk E. Sherriff
                                KIRK E. SHERRIFF
                                Assistant U.S. Attorney

                                Attorneys for Federal Defendants
                                the U.S. Department of Veterans
                                Affairs, and the VA Central
                                California Healthcare System

---

[1] The Regents of the University of California, on behalf of the named interpleader defendant University of California San Francisco School of Medicine, filed a disclaimer of interest on January 10, 2007 (Doc. 9), disclaiming any interest in the interpleader funds in this action.

```
Dated:  July 2, 2007            FISHMAN, LARSEN, GOLDRING & ZEITLER


                                /s/ Michael Goldring
                                MICHAEL GOLDRING

                                Attorneys for Defendants
                                Prakash C. Deedwania, M.D.,
                                Paulette Ginier, M.D., and
                                Enrique V. Carbajal, M.D.



Dated:  July 7, 2007            /s/ Richard D. Bertken
                                RICHARD D. BERTKEN, M.D.
```

ORDER

Pursuant to Rule 41(a), this action is DISMISSED with prejudice.  The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   July 13, 2007**                    /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE